UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER J. SANCHEZ,<br><br>            Plaintiff,<br><br>        v.<br><br>HAROLD CLARKE *et al.*,<br><br>            Defendant. | Case No.  C05-5323RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

     The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's motion to dismiss is **GRANTED.**  This action is **DISMISSED WITHOUT PREJUDICE.** Each party is to bear their own costs.

    (3)    The  Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 22nd  day of March, 2006.

                                 /s/ Ronald B. Leighton
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE